# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50140
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 29, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

MARIE DOROTHY CERVANTES, also known as Maria Cervantes,

        Defendant – Appellant.

Appeals from the United States District Court
for the Western District of Texas
USDC No. 7:17-CR-170-2

Before KING, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Marie Dorothy Cervantes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cervantes has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Cervantes's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50140

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cervantes's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.